# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| DAVID REEVES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:15-CV-102 SNLJ (PLC) |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the United States Magistrate Judge's Report and Recommendation (#16), filed May 18, 2016.  Having received no objections thereto,

**IT IS HEREBY ORDERED** that the report and recommendation of United States Magistrate Judge Patricia L. Cohen (#16) be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FINALLY ORDERED** that the relief which plaintiff seeks in his Complaint and Brief in Support of Complaint is **DENIED** and that Judgment shall be entered in favor of Defendant.

Dated this   18th   day of August, 2016.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE